CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
At Charlottesville
MAY 21 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Vhur
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Case No. 3:12CR00035-002 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ASHLEY MONIQUE POWELL | ) | By: Hon. Glen E. Conrad |
| | ) | Chief U. S. District Judge |
| Defendant. | ) | |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: May 21, 2013

Chief United States District Judge